# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WILLIAM F. DOSHIER and DOTSTRATEGY, CO.**　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　Case No. 4:18-cv-00628-KGB

**FACEBOOK, INC.**　　　　　　　　**DEFENDANT**

## ORDER

Before the Court is a motion for extension of time to serve defendant Facebook, Inc. ("Facebook") filed on behalf of plaintiffs William F. Doshier and dotStrategy, Co. ("dotStrategy") (Dkt. No. 36). Mr. Doshier and dotStrategy request an additional extension of time up to and including September 30, 2019, in which to serve Facebook (*Id.*, ¶ 2). Mr. Doshier and dotStrategy represent that Facebook does not object to the requested extension of time (*Id.*, ¶ 3). For good cause shown, Mr. Doshier and dotStrategy's motion is granted. Mr. Doshier and dotStrategy shall have up to and including September 30, 2019, to serve Facebook in this case.

So ordered this the 16th day of July, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge